IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TEXAS SHERMAN DIVISION

| | |
|---|---|
| **AMERICAN SOCIETY OF ANESTHESIA TECHNOLOGISTS AND TECHNICIANS** *Plaintiff,*  v.  **ANESTHESIA TECHNICIANS OF AMERICA, CODY DUNLAP, JOSHUA I. VILLAR, TWALIA L. NELSON, ANDREA PORTUESE (AKA ANDREA N. GARCIA), ROBERT E. BERGSTROM, and GAIL D. WALKER.**  *Defendants.* | CIVIL ACTION NO. 2:23-cv-556 |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT GAIL D. WALKER**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff American Society of Anesthesia Technologists and Technicians ("ASATT") hereby moves that the Clerk of this Court enter the default of Defendant Gail D. Walker ("Walker") for her failure to answer or otherwise plead in response to ASATT's Amended Complaint within the time set forth in the Federal Rules of Civil Procedure. The grounds for this Motion are set forth below and in the attached Declaration of Garet K. Galster ("Galster Decl.").

ASATT originally filed the first Complaint (the "Original Complaint") on June 16, 2023. (*See* Dkt. 1.) After conducting early rounds of discovery, ASATT learned of Walker's involvement in the conduct alleged in the Original Complaint and shortly thereafter filed an Amended Complaint adding Walker as a Defendant. (Dkt. 33; Galster Decl. ¶ 3.) After filing the Amended Complaint, counsel for ASATT contacted Atty. Leslie Wm. Adams, whose firm is

representing all other Defendants in this case, about whether his firm was also representing Walker. (Galster Decl. ¶ 4.) On February 5, 2024, Atty. W. Rivers Wallace replied to confirm that Leslie Wm. Adams & Associates was indeed representing Walker and indicating a willingness to accept service on her behalf. (*Id*. at ¶ 5.) However, Mr. Wallace did not indicate whether or not Walker consented to email service. (*Id*.) To date, no such consent (or non-consent) has been received. (*Id*. at ¶ 6.) Having received no reply regarding email service consent, the Amended Complaint and Summons were served by first class mail on February 12, 2024. (Galster Decl. ¶ 7.) Accordingly, Walker's answer or other response was due on March 7, 2024. Fed. Rs. Civ. P. 12(a)(1)(A)(i) & 6(d).

As of the filing of this Motion, Walker has not answered or otherwise filed a response to the Complaint. (*See* R.; *see also* Galster Decl. ¶¶ 8-9.) Walker has therefore failed to plead or otherwise defend this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure. Walker is not known to be a minor person, an incompetent person, nor a person who serves in the military. (Galster Decl. ¶¶ 11–12.)

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, "[w]hen a party against whom a judgement for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). ASATT has demonstrated through the attached Declaration of Garet K. Galster that Walker was properly served and that she has failed to answer or otherwise defend this action. Accordingly, it is appropriate for the Clerk to enter default against Walker.

WHEREFORE, based on the foregoing, ASATT respectfully request that the Court order the Clerk to enter default against Defendant Gail D. Walker.

Date: March 22, 2024

        Respectfully submitted,


*/s/ Garet K. Galster*
Garet K. Galster,
SMITH KEANE LLP
515 W. North Shore Dr.
Suite 200
Hartland, WI 53029
Telephone: 262.563.1438
gkg@keaneip.com
docketing@keaneip.com


**Jason D. Mazingo**
Jason@MazingoFirm.com
Texas Bar No. 24055925
The Mazingo Firm, P.C.
118 West Houston St
Tyler, Texas 75702
T: 903-630-7123
F: 903-218-7849

*Attorneys for Plaintiff*
*American Society of Anesthesia*
*Technologists and Technicians*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 22, 2024, the foregoing motion and accompanying declaration was filed using the Court's CM/ECF system, which will send notification of such filing to any/all counsel of record.

Date: March 22, 2024

Respectfully submitted,

*/s/ Garet K. Galster*
Garet K. Galster,
SMITH KEANE LLP
515 W. North Shore Dr.
Suite 200
Hartland, WI 53029
Telephone: 262.563.1438
gkg@keaneip.com
docketing@keaneip.com