# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISIONS

| | |
|---|---|
| **AMERICAN SOCIETY OF ANESTHESIA TECHNOLOGISTS AND TECHNICIANS** *Plaintiff,* <br><br> v. <br><br> **ANESTHESIA TECHNICIANS OF AMERICA, CODY DUNLAP, JOSHUA I. VILLAR, TWALIA L. NELSON, ANDREA PORTUESE (AKA ANDREA N. GARCIA), ROBERT E. BERGSTROM, and GAIL D. WALKER.** <br><br> *Defendants.* | **CIVIL ACTION NO. 2:23-cv-556** |

## NOTICE OF SETTLEMENT

To the Honorable Court:

Please take notice that the above parties have reached a settlement in this matter. A stipulation of dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), will be submitted by the parties forthwith.

Date: June 4, 2024

                                                  Respectfully submitted,

                                                  By:   /s/Garet K. Galster
                                                  Garet K. Galster
                                                  Melissa A. Spindler
                                                  Jordan A. Liff
                                                  SMITH KEANE LLP
                                                  515 W. North Shore Dr.
                                                  Suite 200
                                                  Hartland, WI 53029
                                                  Telephone: 262.563.1438
                                                  gkg@keaneip.com
                                                  mas@keaneip.com
                                                  jal@keaneip.com

docketing@keaneip.com

Jason D. Mazingo
Jason@MazingoFirm.com
Texas Bar No. 24055925
The Mazingo Firm, P.C.
118 West Houston St
Tyler, Texas 75702
T: 903-630-7123
F: 903-218-7849


*Attorneys for Plaintiff*
*American Society of Anesthesia*
*Technologists and Technicians*