IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AMERICAN SOCIETY OF ANESTHESIA TECHNOLOGISTS AND TECHNICIANS | § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-00556-SDJ-AGD |
| ANESTHESIA TECHNICIANS OF AMERICA, et al. | § § | |

## ORDER

The court has been advised that Plaintiff and Defendants have resolved the dispute in the instant action (Dkt. #42).

It is therefore **ORDERED** that, on or before *Monday, August 5, 2024*, Plaintiff and Defendants shall submit to the court all papers necessary for the closing of this case and its removal from the active docket of the court. If such papers are not received by the court by the scheduled deadline, the court may order Plaintiff and Defendants to appear at a hearing for the purpose of determining which party is responsible for the delay. Thereafter, the court may enter such orders as are just and necessary to ensure prompt resolution of this case.

It is further **ORDERED** that all deadlines are abated to allow the parties an opportunity to file a Stipulation of Dismissal.

**IT IS SO ORDERED**.

**SIGNED this 6th day of June, 2024.**

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE